*May 5, 2009*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                 :

UNITED STATES OF AMERICA,

                                 :

           Plaintiff,

                                 :

       -against-                      Case No. 06-cr-965 (RJS)

                                 :

BRIAN McLAUGHLIN,

                                 :

           Defendant.

                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## APPENDIX TO SENTENCING
## <u>MEMORANDUM ON BEHALF OF BRIAN M. McLAUGHLIN</u>

Amory W. Donelly, Esq.
HOWREY LLP
153 East 53rd Street
54th Floor
New York, NY 10022
(212) 896-6500

Michael F. Armstrong, Esq.
LANKLER & CARRAGHER LLP
845 Third Avenue, 17th Floor
New York, NY 10002
(212) 812-8910

*Attorneys for the Defendant*

**INDEX OF LETTERS**
**U.S. v. McLaughlin**
**06-cr-965 (SDNY)**

| Tab | Author | Date |
|:---:|---|:---:|
| 1 | Group Letter | 4/22/2009 |
| 2 | Allone, Peter A. | 4/26/2009 |
| 3 | Andrucki, George | Not Dated |
| 4 | Belliveau, Paul | Not Dated |
| 5 | Bruzzese, Salvatore V. | 4/24/2009 |
| 6 | Catalanotto, Thomas B. | 4/27/2009 |
| 7 | Catanello, Rev. Ignatius A. | 4/27/2009 |
| 8 | Chang, Sandy | 4/28/2009 |
| 9 | Chassen, Maria | 4/27/2009 |
| 10 | Cilento, Mario | 4/24/2009 |
| 11 | Collins Jr., Paul | 4/27/2009 |
| 12 | Conaty, Christina S. | 4/27/2009 |
| 13 | Coughlin, Walter | 4/27/2009 |
| 14 | DeLoria, Mary | 4/27/2009 |
| 15 | Donohue, John Chick | 5/4/2009 |
| 16 | Fleck, Valerie | Not Dated |
| 17 | Gelber, Terrence B. | 4/27/2009 |
| 18 | Granoff, Joyce | 4/24/2009 |
| 19 | Hughes, Denis | 4/23/2009 |

| 20  | King, Charles A.                    | 4/27/2009 |
| --- | ----------------------------------- | --------- |
| 21  | Malone, Janet L.                    | Not Dated |
| 22  | Mannix, Dennis                      | 4/28/2009 |
| 22A | Transcribed Letter from Dennis Mannix | 4/28/2009 |
| 23  | McLaughlin, Andrea                  | 5/3/2009  |
| 24  | McLaughlin, Brian                   | 5/3/2009  |
| 25  | McLaughlin, Cassie                  | 4/30/2009 |
| 26  | McLaughlin, Eva                     | Not Dated |
| 27  | McLaughlin, Kelly                   | 4/29/2009 |
| 28  | McLaughlin, Robert                  | 4/30/2009 |
| 29  | McLaughlin, Stephen M.              | Not Dated |
| 30  | Mezzasalma, Gartano T.              | 4/27/2009 |
| 31  | McNamara, Msgr. Brian J.            | 4/24/2009 |
| 32  | O'Connor, John E.                   | 4/24/2009 |
| 33  | Padavan, Frank                      | 4/22/2009 |
| 34  | Parodi, Dennis                      | 4/29/2009 |
| 35  | Parodi, June                        | 4/25/2009 |
| 36  | Peralta, Sheila                     | Not Dated |
| 37  | Piazza, Eileen C.                   | 4/25/2009 |
| 38  | Pirone Jr, Donald P.                | 4/25/2009 |
| 39  | Pirone, Donald & Martha             | 4/26/2009 |
| 40  | Planken, April                      | 4/26/2009 |

| 41 | Riccobono, Evelyn | 4/26/2009 |
|----|-------------------|-----------|
| 42 | Rudin, Jack | 4/28/2009 |
| 43 | Sisti, Jenna | 4/27/2009 |
| 44 | Tejada, Nicole | Not Dated |
| 45 | Torpey, John J. | 4/27/2009 |
| 46 | White, Kevin | 4/27/2009 |
| 47 | Zahn, Thomas N. | 4/27/2009 |

# Exhibit 1

Honorable Richard Sullivan
US District Court
Southern District of NY
500 Pearl Street
NY, NY 10007

Dear Judge Sullivan,

We, the undersigned write on behalf of our friend Brian McLaughlin, to respectfully request leniency when he is sentenced on September 12th, 2008.

Prior to his murder on September 11th, 2001 at the World Trade Center, Father Mychal Judge, OFM, Chaplain of the Fire Department, City of New York established a retreat group for recovering alcoholics.

We meet several times a year, at a retreat center on Long Island. Since his death, we have continued our recovery group in his name. Mychal was 23 years sober on the day that we buried him, September 15th, which was also his AA anniversary.

On 12/14/05, three months prior to an investigation Brian McLaughlin became a member of the AA Fellowship. He was invited to join in our particular recovery program. The meetings at the Retreat Center consists of speaking of recovery, telling our stories and working the 12 Steps of AA. Several Catholic Priests who are themselves in recovery participate in reconciliation and Mass during our retreats.

Over the last three years, Brian McLaughlin has participated in the Father Mychal Recovery Retreat Group. He has shared at AA meetings in the City and on Long Island on an almost daily basis. He has a sponsor, whom he communicates with daily. He is sober and a responsible member of AA since entering our Program. Most of our members have over 20 years of sobriety.

Brian has made us aware of the seriousness of the crimes to which he has pleaded guilty. We are aware of his violation of the public trust, his fiduciary duties as an officer of the trade labor movement and the trust and love of his family. He is disgraced in the community of which he was once a proud member. He has taken a hard fall. However, we who are fortunate enough to have received the gift of sobriety, believe that since Brian has entered the program of AA and turned his life around, he should be given an opportunity to begin a new way of life. Brian has on many occasions during his sharing at various AA meetings expressed deep remorse for his behavior which led to his indictment.

We know that the law requires punishment, but we also believe justice should be termpered with mercy. We most respectfully request this court, when sentencing Brian that your Honor consider leniency and mercy for the crimes that he now stands convicted.

On behalf of all of us, we respectfully request, your Honor, to grant leniency to our friend, Brian McLaughlin. Thank your Honor for taking the time of reading our letter.

Respectfully Submitted,

| | | | |
|---|---|---|---|
| Paul Belliveau | Jerry Cox | Michael Fenick | Aiden O'Hora |
| Tim Driscoll | Dennis Mannix | Robert McLaughlin | Mychal McNicholas |
| Bob Hauge | Joe Ryan | Michael Gribbins | Scott Quinlan |

# Exhibit 2

**Peter A. Allone**

**Brooklyn, NY 11223**

April 26, 2009

Dear Honorable Richard J. Sullivan:

I hereby petition on behalf of Brian McLaughlin the mercy of the court in his sentencing.

Brian McLaughlin and I have been friends since May of 2007. I met Brian in 2007 while working for Colony Electric Company. I was Brian's direct supervisor on the Element Condominium at 555 West 59th Street job. Professionally, Brian was a responsible electrician. He performed all his tasks timely and with efficiency. Personally, Brian and I developed a friendship. We had our daily morning and lunch breaks together. During this time, Brian learned of my faith and admitted to me that he had accepted Christ during a religious retreat. Our relationship deepened as fellow Christians. After several weeks, I gifted Brian a study Bible, and daily, we read and studied the Bible together during our lunch time. I also lead a monthly Bible Study and fellowship at my home, and Brian along with his son, Robert and daughter, Megan have attended several times. During this time, I witnessed a broken, contrite man.

In our daily conversations, Brian expressed to me his sorrow for his crimes and for his betrayal of family, union and public trust, as well as his sins against God. He has come to the realization that he has caused much harm to many others, as well as to himself, due to his very own lust and greed. Brian has not expressed denial nor sought to shift blame, but rather has expressed to me his desire to take responsibility for what he has done. To me, this reflects a changed heart. Brian no longer lives for his own selfish desires, but is committed to respecting the law. He has compassion for the victims of his crimes, and He desires to please God.

Brian who once was a powerful and influential person in the Labor and Political arenas has suffered the loss of everything he worked for and acquired. Brian has since resigned his position from the Central Labor Council; retired from Local Union # 3; pled guilty to his crimes; and had his membership in Local Union #3 and the International Brotherhood of Electrical Workers revoked.

Your Honor, I see in Brian McLaughlin a man who had been humbled by God, and who has accepted personal responsibility for his crimes, and as such, I hereby request your Honor, the mercy of the court upon the sentencing of Brian Mc Laughlin for his crimes.

Yours truly,

*Peter A. Allone*

# Exhibit 3

Dear Judge Sullivan,

I met Brian McLaughlin in 1983.Harry Van Arsdale jr. brought us together to encourage us to continue our education as we had received our Bachelors degree.  We enrolled in the New York Institute of Technology, attended classes together, and graduated with our Masters. Our work kept us in contact, Brian representing the International Brotherhood of Electrical Workers while I was an elected Business Agent for the Sheet Metal Workers Local Union #28.Brian went on to be elected President of the New York City Central Labor Council,an elected Assemblyman and a Division Business Agent in his local union simultaneously.

In the years that I know Brian I know him to be a man who has a strong sense of fairness, a respect for social justice, a man who was committed to the workers he represented and the people in his assembly district. His work ethic and his untiring advocacy on behalf of his community and the community of labor was appreciated and respected. His leadership of the effort promoted by the A.F.L./C.I.O. on the difficult issue of immigration reform was excellent. He personally met with all of the coalition groups that are active among the immigrant population in New York City,and by demonstrating his understanding of their situation and respect for them as people he secured their participation.This led to continuing dialogue which has helped to bring about the change in thinking and attitudes among the parties.

My longtime friend,Brian,has two plus years inA.A. He lost most of his material goods,experienced a total deflation of ego, but in gaining his sobriety he has worked hard and become a better parent His constant presence has helped to sustain his children in this difficult time.It has been rewarding to me as a friend to see old behaviours; control, manipulation and false ego replaced by honesty, respect and true concern.

I write this letter as a testament on behalf of a good human being,Brian McLaughlin.I ask respectfully that he not be taken from his familywho needs him and from the community where he gives service, for an undue length of time. Rather that the many positive things he has done and continues to do to assist others will mitigate your decision.

Written with respect and concern,

George Andrucki

Exhibit 4

Dear Judge Sullivan,

I have known Brian McLaughlin for over Twenty years. We met early on in both our careers in the labor movement and remain friends today. I have been sober for over 21 years now, and I took Brian to his first AA meeting, in December, 2005. Those last few days of his drinking, like most of ours, were filled with bad judgment, bad behavior, and finally quilt and remorse, which is what usually forces us to make the call for help. I had observed Brian's problem with alcohol for many years, but unfortunately, I have learned that you need to ask for help. All any of us can do is be a power of example, and when Brian was ready, he reached out to me. It would be difficult to explain how difficult the first 90 days of sobriety are, one can only imagine. In Brian's first 90 days of sobriety he first learned of the investigation, and ultimately his indictment. Needless to say, very trying times were ahead, but he has stayed sober to this day.

In the years I have known Brian, I observed first hand, probably more than anyone, the countless good deeds he has done. I'm sure you have many letters to attest them, and I feel I don't need to be specific. All I will say is that working with Brian was the most rewarding and satisfying time in my career. So much good was done.

I'm not going to defend Brian's actions, or even try to justify them. His behavior is so disappointing and inexcusable, but he is my friend who reached out for help with his drinking, and AA has taught me to be there to help another alcoholic.

Now comes to difficult task of handing down punishment. I look at Brian's life today, and know that he has lost just about everything he had prior to his legal troubles. His career, obviously, is over. Close friends are gone. A good portion of his family, cousins and aunts aren't speaking, his mom doesn't hear from close family relatives. His marriage is in trouble. He can't pay his bills, and his sentencing has been hanging over his head for quite some time now. It would be easy for a friend like me to say he has paid his debt. I hope you can take all of these into consideration when you make your decision. One point I would like to make is his relationship with his youngest daughter. They are inseparable .Brian is her whole world

Sadly, this tragedy has so many victims, but in the end, this little girl is my greatest concern. I trust you will be fair, and you have my complete confidence in your judgment.

Sincerely,

Paul Belliveau

# Exhibit 5

Staten Island, New York 10314

*Salvatore V. Bruzzese*

April 24, 2009

The Honorable Richard Sullivan
US Court House
Southern District
New York, New York

Re:   Brian McLaughlin

Dear Honorable Sullivan:

I am writing this letter to you regarding Brian McLoughlin.  I am a retired officer of Local Union #3, IBEW

I have known Brian McLaughlin since Brian was an apprentice for Local Union #3.  I have seen him mature into a fine man and a great labor leader.  He has accomplished many endeavors, both for the union and for the union members.

I would like to suggest leniency towards his sentencing.  No one has suffered more for that mistake, than he did.  He will live with this pain and disappointment for the rest of his life.

With great respect,

Salvatore Bruzzese

Exhibit 6

April 27, 2009

Honorable Richard Sullivan

Dear Judge,

    I have known Brian McLaughlin for about 20 years. I was the AD at St. Andrew Avellino School in Flushing for about 12 years, and this is where we became friendly. I have always known him as a straight shooter and decent man. He cared deeply about our sports program. He used to come to our basketball games and baseball games, and attended our Awards Dinners. The Athletic Association always operated at a loss because some families couldn't afford the fees. Brian used to help us get some funding , so that these kids could participate. He was from St. Ann's parish originally, but always liked our parish, and neighborhood. He and his family moved to our parish when his daughter Cassie was about 10 years old. Cassie and my son Tommy went to school together, and have been good friends since then. Brian also cared about our neighborhood in North Flushing. He helped in cleaning up Bowne Park, and he also helped in getting rid of graffiti on some commercial roll gates, and residential fences, that were eye sores.

    People should be judged on the good that they do, especially when it outweighs the negatives. Brian has done an enormous amount of good in his lifetime. He left his mark on our community. I can be reached on my cell phone at almost anytime for comments, at 718-344-4980. Also my office phone is 718-886-0303, where I can be reached from 8 AM to 4:30 PM, Monday through Friday.

Sincerely,

*Thomas B. Catalanotto*

Thomas B. Catalanotto

Flushing, NY 11358

Exhibit 7

# Holy Family Parish

### Flushing, New York 11366-1598

### (718) 969-2448

April 27, 2009

Honorable Richard J. Sullivan
U.S. District Court House
500 Pearl Street
New York, NY 10007

Your Honor:

I am writing this letter on behalf of Mr. Brian McLaughlin whom I have know for the past 30 years on both a professional as well as personal level. I officiated at Brian's wedding. I know his family very well. The difficulty that he has put himself into has a marked effect on Brian's life as well as a profound effect on his entire family.

Brian is extremely remorseful for all that has occurred. I personally believe that his addiction to alcohol played a major role in his current situation. In all the years that I know Brian and all his years in civil service, Brian has done a tremendous amount of good in his life. Constantly helping people in need and trying to do good for the community.

May I respectfully request some form of leniency for Brian and especially for his family. Thank you for your kind consideration in this matter.

Sincerely,

+Ignatius A. Catanello

Most Reverend Ignatius A. Catanello, Pastor

Exhibit 8

April. 28. 2009

Dear Justice Sullivan:

My name is Sandy Chang. This is person
letter Regrading Mr. Brian Mclaughlin. I Know
Brian as a decent family man. Caring and
Giving to his neighbors and even with charge
against him, I think he deserves Considerati
because on balance, he has helped our communi
very much.

I write you from the heart and hope that
you will take my words into account upon
sentencing. I miss Brian and want the best
for him as I believe he is a good man.

Respectfully,
Sandy Chang

address: _____,
Flushing NY 11358

Exhibit 9

The Hon. Richard Sullivan & the United States Court House Southern District:

Dear Judge Sullivan,

I would like to say in the past twenty years of knowing personally Brian McLaughlin and his family, that they are very polite and respectable people. Brian is generous and kind. He has been very supportive to his family and the community. He has overcome many obstacles and helped improve many issues. My name is Maria Chassen and I live in the same apartment complex as the McLaughlin's. I find Brian McLaughlin to be a great and delightful neighbor and friend to me and my family. Please find it in your heart to consider these wonderful qualities of Mr. McLaughlin when making your decision.

Sincerely,

*Maria Chassen*

Maria Chassen

Sunnyside, NY 11104

Exhibit 10

Apr-24-09    02:11pm    From-                                        T-231   P.001/002   F-303

April 24, 2009

Judge Richard J. Sullivan
United States Court House
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Sullivan:

Please allow me this opportunity to respectfully say a few works on behalf of my longtime friend, Brian McLaughlin.

Brian has been a close family friend for more than thirty years. Personally, I have had the privilege of calling Brian a friend for the last twenty five years, having met him when I was 15 years old.

While I was in College, as a favor to my father, Brian helped me get an interview for an internship at a public relations firm in Manhattan. There was no guarantee that I would get the job, but I was just grateful for the opportunity. As the interview date approached, I remember talking to Brian about what to expect and what the interview process was like. I was only 19 years old at the time, and it meant an awful lot.

As time went by, and I got to know Brian better, I realized how busy and how valuable his time was to him. At that moment, I came to understand exactly what a friend really is. He had gone the extra mile for me, when just helping me get the interview would have been enough.

I ended up getting that internship, which let me to my next job, where I have been employed for the last seventeen years. I owe a lot of my professional success to Brian. If it wasn't for his thoughtfulness, my life could have been a lot different.

Thank you for your time and consideration.

Respectfully,

*Mario Cilento*

Mario Cilento

Exhibit 11

# Sheet Metal Workers' International Association
## SIGN MANUFACTURERS AND ERECTORS
### LOCAL UNION No. 137

ALLAN ANDERSON
Vice President

PETER SCAGLIONE
Financial
Secretary-Treasurer

21-42 44th Drive

Long Island City, NY 11101



Phone (718) 937-4514

Fax (718) 937-4113

STEVE DODD
Business Representative
New Jersey

DANTE DANO, JR.
Business Representative
New York

PAUL COLLINS JR.
President &
Business Manager

April 27, 2009

Dear Judge Sullivan,

     I am writing to you as a friend and associate of Brian McLaughlin.

     Over the past thirty years I have had the privilege of getting to know Brian thru his work as a Union Representative, New York State Assemblymen, as the President of the New York City Central Labor Council but most of all as a man who has earned not only my respect but also the respect of working families throughout New York.

     I admire Brian's dedication to working people, he has always taken the time to understand the problems that working families face. No matter how busy his life is, he has always made time for Local Unions as well as individual Union members who sought his help or advice.

     I ask that you show leniency in the sentencing of Brian, please keep in mind his contributions to society far outweigh any mistakes he may have made.

     I know this letter will never reflect how strongly I feel, I would be more than happy to meet with you on his behalf, if it would be helpful.

Sincerely,

Paul Collins, Jr.
President/Business Manager of Sheet Metal Workers' Local 137
President of the New York State Council of Sheet Metal Workers'
Vice President of the AFL-CIO
6th General Vice President of Sheet Metal Workers' International Association

——— AFFILIATED WITH ———
Building and Construction Trades Council of Greater New York • Building and Construction Trades Council of Nassau and Suffolk Counties •
Building and Construction Trades Council of Westchester and Putnam • Essex County Building and Construction Trades Council •
Elizabeth and vicinity Building Trades of Union County • New York State AFL-CIO • New York City Central Labor Council • New York Metal Trades District Council
New York State Building and Construction Trades Council, AFL-CIO • New York State Council of the Sheet Metal Workers' International Association
New Jersey State Council of the Sheet Metal Workers' International Association • Union Label and Service Trades Council of Greater New York and Long Island

Exhibit 12

April 27, 2009

To whom it may concern,

I wanted to write to you to ask you to see Brian McLaughlin as I do. I will not tell you he is a saint, but he truly is a wonderful human being.

He is first and foremost a family man. He is a loving father. All of his children love him and turn to him when they need guidance. However, his youngest is still the one that needs him. I feel for her the most in this situation, as my father was not around while I was growing up.

My father left when I was 12. My brother and sister, both younger than I, suffered terribly. Of course the major difference was that my father left willingly. He walked out on three children with varying health problems. My mother was alone and helpless.

Brian found out about our situation and did what he could to help. What he did, was essentially save my family. He helped my mother get the medical benefits we were entitled to. He directed my mother to different charities and programs that could help us. More than anything else he gave my mother back her sense of pride and self worth. She is a different person today, than she would have been if Brian had not entered our lives.

The park in my neighborhood was suffering a slow and painful death. Brian came to park and made a decision to resurrect it. The pond is now clean and wildlife has come back to take residence there. The park is safe and beautiful again. The community has many programs that they can use the park for and they do.

Brian has played an important role in my life in various ways. He is a giving and kind man and it would be a sad loss to many if he is gone. I hope you take this into consideration when deciding not only his fate, but those of us he leaves behind.

Sincerely,
Christina S. Conaty

Flushing, NY 11354

Exhibit 13

**Walter Coughlin**

**Staten Island, New York   10301**

April 27, 2009

To Whom It May Concern:

I am writing this letter as a longstanding friend of Brian McLoughlin, to ask for leniency on his behalf.  I understand that Brian has been entangled in what are very serious criminal allegations. But as someone who has known Brian for many years, and who has benefited from the generosity, concern and love of Brian and is family when all others turned their backs to me, I would be proud to give testimony on his behalf. I believe that Brian is a good, kind man who, admittedly, has made some very serious mistakes. I believe that Brian has already suffered horribly for these mistakes, and that a long jail sentence would do nothing to serve society, but destroy him and his family.

Today I am the Executive Director of a nonprofit organization, The Dakota Group, that assists people with alcohol and substance abuse problems in Staten Island and throughout the five boroughs.  I've served as a consultant providing workshops and guidance to AFL-CIO members. I serve on the Board of Advisors of Staten Island University Hospital; as a Civic Leader on Betsy Gotbaum's Public Advocacy Project; and as Vice Chairman of the SI Council on Alcoholism and Substance Abuse; and until very recently, as president of Cassidy Houses Tenant's Association.  (I've attached a few articles and a brochure describing my work.)  These are my qualifications from the past decade; before this, for over 20 years, I was a street alcoholic and transient whose prior life (before 1974) was laid waste by organized crime and the criminal justice system which failed to protect me after promising to do so.

I've known Brian for decades, since we worked together as young electricians in the union (both of our families were in the labor union). Many times over the last three decades, he and his family stepped in to help me when I was forsaken by everyone else—helping me get into recovery programs, providing me with emergency funding, and helping me secure housing when I recovered from 30 years of alcoholism and homelessness.  Today, thanks to Brian and his family who helped me countless times along the way, I am fully recovered.  I am forever grateful to him for standing by me when no one else would, and it grieves me to see him being subject to such pain and disgrace when I know so well of his kindness and generosity.

I would like to relay to you my personal experience, so you can understand the lengths that Brian took to help me.  Many years ago, I was victimized by organized crime. Through the intervention of Brian I was introduced to a Congressman and taken into the newly-started Federal Witness Protection Program. But four secret identities later, I was cut off, and for the next 20 years I was a homeless drunk, a bum. Often during that horrible period, Brian tried to help me, but I was too pained to accept help.

Brian McLoughlin never gave up on me, and his family was constantly seeking ways to assist me. Brian risked everything to provide me with shelter when there were those who sought to do me harm; he advocated for me when the criminal justice system turned against me; he provided me with aid when I was on the street and, when I began my recovery, he helped me

secure permanent housing, and assisted me to regain employment. He was with me through every step of starting the Dakota Group, and he believed in me enough to send union members to me for assistance when their drug and alcohol addictions threatened to ruin their lives. Brian and his family supported me when all others lost hope; they are the reason I am here today and able, through the Dakota Group, to help others.

Again, if there is anything I can do to testify on behalf of Brian's good will and character, I would be happy to do so. Thank you so much for your consideration. I hope to hear from you soon.

Sincerely,

Walter Coughlin

Staten Island, New York  10301

Exhibit 14

Page I                                    April 27, 2009 - Monday

To the Honorable Judge Sullivan,

I, Mary De Lorca, am writing to you, in regard to Mr. Brian McLaughlin, a dear friend of our family, and especially so, of my elderly Mom, Lucia Denzi.

Our family has known him since his election years, but I must say the joy, kindness, and politeness he has given my Mom over the years, is beyond words. Mom died recently at the age of 104 years old, but no one has done more to bring her joy than Mr. McLaughlin. He has never forgotten her birthdays, he has been her right hand at all the Out Door parties I have given her, and always there for any Special occasions I would prepare for my Mom. In fact, the last few years of her life, Mom was back and forth from the hospital, and just before she died, she told me in such a happy way that Mr. McLaughlin had called her at the hospital, and she then said, "I'll make him my Special Italian Espresso Coffee, when he comes to see me at home." I cried, and thanked God, for Brian McLaughlin, a man, understanding and caring for people of all kinds, which is hard to find, in this fast and troubled world we are now living in.

Continued - Page II

Page II

In light of all this, I pray that you show Mr. Mc Laughlin leniency in your sentenceing. Despite, some of the ill deeds I read about in the News Paper, I want you to know that he is a Good Man, worthy of your compassion.

Respectfully Yours, Mary C. De Locia
Age - 86¾ years old

Flushing, N.Y. 11358-1436

P. S. My - Mom, Lucia Grieco Danzi has won the "Ellis Island Award, 2002 for her work with "United Cerebral Palsy", and Mr. Mc Laughlin shared this joyous occassion with all of us! "Bless Him, and God Speed"
Sincerely Yours,
Mary C. De Locia

Exhibit 15

Honorable Richard Sullivan
US Courthouse Southern District

Your Honor,

I have known Brian McLaughlin for many years. His daughter Cassie is my best friend. I have spent a lot of time with her family over the years. Brian was always very warm and inviting. He is good man who has made some regretful decisions. Although he has not always made the best choices he is still a good person. He is caring, he loves his children and would do anything for them.  He is also the type of person who would give you the shirt off of his back. I am asking that you please find it in your heart to give leniency to a man who has always put his family and friends first. And that you try to see past some of the decisions he has made, to see the person he is.

Sincerely,

Valerie Fleck

Exhibit 16

# Master Cabbie Taxi Academy

New York Master Cabbie Corp.
24-29 Jackson Ave.
Long Island City, N.Y. 11101
Telephone: 718-472-1699 or 1-800-955-8294
www.maastercabbie.com

April 27, 2009

Re: Brian McLaughlin

Dear Judge Sullivan,

I have known Brian for a good number of years. I met him throughout the years, usually at union related functions. I know him as a man of exceptional personal capacity and sincere warmth. Accordingly, I was stunned at the allegations as the details of his fall from grace rolled out in the press. I was saddened by the personal destruction of one of New York City's and Labor's finest Son's.

It was a year or so later that Brian came to our taxi school. He was there to get his hack license to drive a New York City Taxi. He quickly passed his taxi class and exam and received his license to operate a taxicab in NYC.  The license was revoked by the NYC Taxi & Limousine Commission shortly after he plead guilty to the charges you now consider.

At that time we were in need of an ESL Tutor. Someone who helps persons with language challenges, helping them learn map reading, and other basic test preparation. At my request he began to assist me in helping students of limited means to prepare for their exams. It was a modest position but he agreed.

We worked closely together with large groups of students from all parts of the world. Motivation is the key to success and many students need only that. To say that Brian excelled in "motivating" is an understatement.

I have been operating in the same capacity for seventeen years. I have trained many dozens of instructors. Most are not up to the job. Many that are, take months to train, and then take a year or more to shine as teachers. Brian was the exception.

Within days, Brian was filling in for me with few if any glitches. He would have some questions for me as to specific material but by and large it was a flawless performance on his part. His personal warmth and above all his communication skills were making him a "go to guy" for the students. I want to underscore that this was within five or six working days. He would stay late, off the clock, helping the slowest students prepare for exams.

He told me in conversations of how happy he was to help people who had not had the chances he had. He said often that "it was by the Grace of the All Mighty" that he and I had been reunited through some form of divine synchronicity and that my needs were a path to his penance.

On a historical note, Brian, early in his career was very close to the founder of my union, Local 3036 Taxi and Allied Workers founder Harry Van Arsdale Jr. Harry was most well known for his life's dedication to the Electrical Workers Local 3. I asked Brian candidly if Harry would forgive him for his transgressions. "Not a chance!" was his unequivocal and remorseful response. He knew the error of his ways and I believe is a changed man. There is hope in him and that is what he transmits to his students.

That one could rise to the power of the Assembly of New York, and be President of the Central Labor Council, travel the world and see its beauty from such a position is hard to comprehend for most of us. We see the people in power and paint our own view on them. We do not know the pressures of "perceived" success and its pitfalls.

But in Brian's case, the irony is undeniable. That it is a just penance for this Son of Labor who has fallen from grace to serve the immigrant taxi drivers, his mentor had fought to unionize forty years before is a righteous path.

Your Honor, I truly understand the seriousness of the charges against Brian. I understand that he plead guilty. I also understand that he is man who knows that one must take one's medicine. But I must return to the irony of this Man's journey. His skills are so valuable to those less talented, and the cost of incarceration so great I believe Solomon's wisdom would have sent him to us at the NYC Taxi Academy. Teaching those who aspire to the American Dream he abused.

I would respectfully ask the court to consider any sentencing option that could keep this good man among the free. I would be willing to guarantee a job if such a promise could help the court reach a work mandated solution. And I believe that the City and the world will be a better place for it.

Sincerely

Terence Butler Gelber
President

Exhibit 17

*Joyce Granoff*

April 24, 2009

Honorable Justice Richard Sullivan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Dear Justice Sullivan,

I have known Brian McLaughlin for nearly a decade. Brian was not only my Assemblyman, but he continues to be a person I respect. I know another Brian than what is depicted in the papers- a man that is truly sincere, a first-rate father, and a great friend.

Throughout the years, he has helped me with several issues I have had. He helped me obtain my SCRIE benefit, a senior citizen benefit that helps tenants be entitled to be saved from future rent increases. This act alone has helped ease the stress of certain financial hardships. He and his office had helped me fill out the application and make the appropriate follow-ups necessary to acquire SCRIE.

He had also helped me fight an erroneous retail store bill. A department store claimed that I owed a hefty sum when I found out that I was incorrectly charged. Again, an innumerable amount of phone calls helped me get through to this store and have them realize that I was billed incorrectly. His accessibility and reliability shone through.

Brian comes through for people. Not only for me but for many others he came across. He always held people in high esteem and truly listened when they spoke. Whether it was inviting me to community events or even a smile in my direction, those simple acts brightened my day.

He is an all-around great person and I hope you take into account my personal account of the real Brian McLaughlin. Please have compassion for a man that is truly worthy of it.

Respectfully,

*Joyce Granoff*

Joyce Granoff

Exhibit 18

Apr-24-09    02:11pm    From-                                              T-231    P.002/002    F-303

April 23, 2009

Judge Richard J. Sullivan
United States Court House
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Sullivan:

   I would like to take this opportunity to respectfully say a few words on behalf of my friend, Brian McLaughlin.

   I have known, and been friends with Mr. McLaughlin for more that 35 years. We worked closely together as apprentices and electricians as members of Local #3 IBEW. Years later, we again worked together as labor leaders, with Brian serving as President of the New York City Central Labor Council and myself as President of the New York State AFL-CIO.

   Together, Brian and I have worked on many successful campaigns and initiatives. The victories we secured have led to a better quality of life and enhanced working conditions for working men and women throughout this city and state.

   Thank you for your time and consideration.

Respectfully,

Denis Hughes

Exhibit 19

Honorary Richard Sullivan
U.S. Courthouse Southern District

Dear Judge Richard Sullivan

I am writing you this letter for one of my true friends Brian McLaughlin. I have known Brian for over 40 years. I played baseball with him since I was 12 years old. I went to high school with him and we graduated together. Throughout all of these years Brian was reliable, honest, helpful friend to me and my family. He was always there to give a hand or good advice to me and many of our other friends. Throughout the years he showed me that he had a love for his family and his friends willing to give his all when needed to all of us. Please let me say I feel that there were more good in him than bad. Please consider all of the great efforts he put in life to do many many good things in for me and my family. He also helped all our friends when they needed their support. I am here to support him now truly. I hope that this letter will help him in your considerations. Thank you for this opportunity to support him and to let you know that he is truly a good person.

Thank you,

Charles A. King

# Exhibit 20

# Janet L. Malone

## Flushing, New York 11354

Amory Donnelly\
Honorable Justice Richard Sullivan
U.S..Court-Southern District

I am writing this letter to inform you  that I have  known Brian McLaughlin for almost 20years.  I know him on a personal level whereas. his relaxed personality proved over and over his loyalty and warmth  to his friends and constituents. I also had civic involvement with Mr. McLaughlin and every time there was a problem, concerning  quality of life in our neighborhood it would be resolved by him . He even helped with issues that  were not in his Assembly District. He was never to busy to help us.

Brian has extended himself unselfishly in our community for years. He has help celebrate many holidays...and join in family and neighborhood events.  He was an active member of our local church. I was even told  by the priests  that he is sorely missed.

Please realize Mr. McLaughlin's true character and bear in mind that he is truly a good man.

Sincerely,
Janet Malone : President, East Flushing Civic Association

Exhibit 21

# John Chick Donohue

## Bronx, New York 10470

May 4, 2009

Honorable Richard J. Sullivan

United States District Court for the Southern District of New York

Dear Judge Sullivan,

My name is John C. Donohue. I am a sandhog by trade and from 1977 until 2007 I was the Political Director of Local Union 147, LIUNA, also known as New York's Sandhogs.

During my career I often worked on union campaigns for workers with Brian McLaughlin. We come from similar backgrounds and worked tirelessly for the cause of working men and woman. I often went to Brian with everyday problems of my members and Brian always had time to help. He especially was helpful in getting young people into apprenticeship programs insuring them a career in the building and construction trades and a job where they could support their family.

I believe Brian is to be sentenced soon. I hope that he will be able to continue to be available to assist young people in getting into union apprenticeship program, something I know is dear to his heart and something he is very effective at.

Sincerely,

John Chick Donohue

Retired, Local 147 LIUNA, NY Sandhogs