Exhibit 22

A typed copy of this letter, prepared by counsel, appears at 21A

April 28, 2009

Judge Richard Sullivan

Dear Sir

My Name IS Dennis Mannix I met Brian McLaughlin IN December 2005. I was sleeping at a Alcoholics Anonymous Meeting. Brian was Introduced To Me By A Mutual Friend of us Both we spoke that Night and The next Night we went To Another Meeting To Gether at The time, Dec 2005 I was sober IN A.A. For 26 years, Active In my Home Group and I speak and spoke For Institutions In and Around the City of N.Y. I came To A.A. After an Arrest In March of '79 I was 23 years Old and In Big Trouble, At That Time I was Introduced To Kenny Jackson who has since Died, But Him, Bobby Moore and others were onery sick, They only asked IF I was sober and going To Meetings, I was Inticted IN Manslaught charges and Faceing $5-25 yrs IN Prison, I Then went on Trial In Front of Judge Peter Ma Quillan on 100 center st N.Y, I was Found Guilty of Crim Neg Homicide on Feb 23 1980, The Probation Report was Given To The Judge with A Recomentation of Jail Time, wanton deress, with seven ood was and Is on My side That day, on May 23 1980 Judge Ma Quillan who was under Pressure To Send Me To Jail offer To Sentence Me To 5yrs Probation w/Alcohol conseling as a condition of Probation

I know to this day Kenny Jackson and others saw
I me that I could not see and on my behalf
spoke and wrote letters like this one to ask the
Judge if I would be better in jail or not
going to meetings and maybe with the power of
God being a good example of A.A. could do for
these guys, I sponsor Brian, I have taken
him through the 12 steps done on a
curbside with him, I have seen a man come up
from the throws of alcohol abuse in the
just over 3yrs of sobriety = he came to us
in A.A. before he was arrested, he was on his
way with Gods grace to sobriety. He has been a
power of example of Gods power to me and countless
others, he will be no one anymore in jail, I ask
what was asked of Peter McQuillan on my
behalf. To save Brian honesty with no jail
time. In Aug 2009 I will be 30 yrs.
My daughter who is 21 will start med school
I ask God every day to bless Judge McQuillan for
giving me the opportunity not to become
an animal in the prison system and spend
the rest of my life one day at a time going
to meeting

God Bless

Dennis Manaze

Exhibit 22A

April 28, 2009

Judge Richard Sullivan

Dear Sir:

My name is Dennis Mannix. I met Brian McLaughlin in December 2005. I was speaking at a [sic] Alcoholics Anonymous meeting. Brian was introduced to me by a mutual friend of us both. We spoke that night and the next night we went to another meeting together. At the time, December 2005, I was sober in A.A. for 26 years, active in my Home Group and I speak and spoke for institutions in and around the city of N.Y. I came to A.A. after an arrest in March of '79. I was 23 years old and in big trouble. At that time I was introduced to Kenny Jackson who has since died, but him, Bobby [illegible] and others were on my side. They only asked if I was sober and going to meeting. I was inticted [sic, indicted] on manslaughter charges and facing 15-25 years in prison. I then went on trial in front of Judge Peter McQuillan on 100 Center Street, New York. I was found guilty of crim neg homiside [sic, homicide] on February 23, 1980. The probation report was given to the Judge with a recomentation [sic, recommendation] of jail time, God was and is on my side that day, on May 23 1980 Judge McQuillan who was under pressure to send me to jail opted to sentence me to 5 yrs probation w/alcohol counseling as a condition of probation.

I know to this day Kenny Jackson and others saw I [sic, in?] me that I could not see and on my behalf spoke and wrote letters like this one to ask the Judge if I would be better in jail or out going to meeting and maybe with the power of God being a good example of A.A. could do for these lives. I sponsor Brian, I have taken him through the 12 steps gone on a cunsillo with him. I have seen a man come up from the thows [sic, throes?] of alcohol abuse in the just over 3 years of sobriety. He came to us in A.A. before he was arrested, he was on his way with God's grace to sobriety. He has been a power of example of Gods power to me and countless others. He will do no one any good in jail. I ask what was asked of Peter McQuillan on my behalf to show Brian leniency with no jail time. In August 25, 2009 I will be sober for 30 years.

My daughter who is 26 will start Medical School. I ask God everyday to bless Judge McQuillian for giving me the opportunity not to become an animal in the prison system and speak the rest of my life one day at a time going to meeting.

God Bless

Dennis Mannix

Exhibit 23

Andrea McLaughlin

Flushing, NY 11365
May 3, 2009

Hon. Richard Sullivan
United States Courthouse, Southern District
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan:

I married Brian McLaughlin on April 8, 1972 when he was only 19 years of age. When we married he was a first year apprentice in Local 3 International Brotherhood of Electrical Workers.

We moved into the Electchester Cooperative Housing complex in Flushing and from the first day there he became active in the Apprenticeship Program and in the housing development. He joined the Apprentice Advisory Committee and chaired their safety and dance committees. As a fourth year apprentice Chairman on the entire Apprentice Advisory Committee. When he became a journeyman he was an organizer for the union and a shop steward on many Brooklyn construction jobs.

In 1980 he was recognized for his efforts and tireless volunteerism by being appointed the Electrical Industry's Pension Director overseeing the union's 3000+ retirees and administering pre-retirement services to others planning to retire from the industry. While doing all of this, he was involved on a daily basis in the day to day activities of the housing cooperative. As chairman of the five housing corporations' revitalization committee, he recruited a volunteer army of men and women to upgrade the housing by painting the 70+ buildings from top to bottom. They changed all of the lighting systems from incandescent lighting to fluorescent lighting, saving cooperators thousands of dollars. With his leadership, they performed various neighborhood cleanups, dances, and revitalized the youth sports programs in the Electchester Athletic Association. In essesnce, he devoted his time day and night from around 1972-1979 to the union and its' housing. He worked his way up the ladder of leadership from apprentice to journeyman to shop steward to industry and union official over a 7 year period.

In the years to follow, he organized the first Labor Day parade in NYC in 1981 after a 13 year period of Labor not holding an annual parade. In 1987 he was appointed a Local 3 Business Agent and Assistant to the President of the NYC Central Labor Council. Years later, he would become their elected President. While doing all this he was asked and accepted the unions request to become a candidate for the Democratic Party District Leader. He ran and won by less than 80 votes.

I felt compelled to write this letter in order to illustrate Brian's climb from one of a few thousand electrical apprentices to a leading labor and political figure in NYC. His

Hon. Richard Sullivan
May 3, 2009
Page 2

commitment to our children, his union, and his neighborhood was perhaps at times over zealous but always at the urging and under the tutelage of the legendary Harry VanArsdale. Brian never had a chance to mature without tremendous pressure, drive, expectations, and accomplishment as part of his daily life. You can imagine the thousands of union members, cooperators, and children that he touched and inspired during this period of time.

While I recognize the severity of the crime he has plead guilty to, he has a long record of service and earned the respect of many over the years. Please have a compassionate heart to measure his service with his efforts to right his wrongs over the past 3 years and hopefully hand down a fair and lenient sentence.

Thank you for taking the time to read this letter.

Sincerely,

Andrea McLaughlin

Exhibit 24

Brian McLaughlin

Flushing, NY 11365
May 3, 2009

Hon. Richard Sullivan
United States Courthouse, Southern District
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan:

I write this letter to you on behalf of my father Brian M. McLaughlin.  From the time I was a young boy my dad always participated in my life despite being a 7 day a week servant to his union and our housing development.  He led me to soccer and baseball, my youth and high school passions.  He made most of my games, events, and opportunities to teach me or encourage me as a young athlete or as a student.  My dad always encouraged hard work and excellence in everything I did.  His standing in our community was one of huge proportion but to me and my sister, he was just dad.  He inspired me to become an electrician while earning college credits towards an Associates degree.  His proudest moment was my graduation from Empire Sate College.  It would not have happened without his support, guidance, and encouragement.

My father was driven, pulled, and triggered in way too many directions and wore way too many hats and ultimately made some very poor decisions.  However, he has acknowledged these poor choices and has tried to right his wrongs over the past three years.  His fall from grace has been a heavy fall- two powerful and good paying jobs, influence and leadership in his union and community replaced by shame and guilt.  Nonetheless, he has worked hard to improve his life and as a result has united our family.

My dad is a great father, a best friend, and a powerful example in regards to his sobriety, help of others, and hard work to support his family.  He also recently underwent seven weeks of radiation treatment for a recurrence of prostate cancer.  While doing so, he never missed a day of work as a sandhog and continued his work in Alcoholics Anonymous and other commitments.

I hope you will consider all of this in measuring a fair sentence for his conduct.  I pray you will have a merciful heart and a compassionate hand in this regard.

Sincerely,

Brian McLaughlin

# Exhibit 25

Hon. Richard Sullivan
United States Court House Southern District
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan,

It is with my most heartfelt sympathies that I sit down and write this letter to your Honor.

When I was about 7 years old my father had picked up my brother Robert and I from the airport. My mother and I as well as my brother visited my Grandmother down in Florida. My mother was dropped off at our house and my Dad had taken my brother and myself for a ride. That particular ride something extraordinary happened to me. He had pulled out a box with a ring, and he told us he wanted to marry our mother. The overwhelmed joy I felt that day was remarkable to me because it filled up emptiness in my soul. He completed my family.

I could remember the joy so much because it filled me up inside I was so excited and felt so important because he asked my brother and I for our permission. That particular day changed my life. I have been loved from that day forward more and more with every year that passed. That day as a little girl I finally had the love of a father that I was in dire need of and considered him my real father and was blessed with that figure ever since. He later adopted both my brother and I as his legal children.

As a father he has taught me things that I value so much in life. He is my greatest teacher. A brilliant man, that I have admired more and more as I have grown up. The respect I have for him is stronger than anything in my life because he is my father and has blessed my world in a way that every child would dream of. He has taught me the importance of education and has drilled it in my head for so many years. He also lead by example of how important it is to go out there and work and provide because nothing in life will just fall on your lap and you must go out there and build a life. He taught me to be treated with love, kindness, sensitivity and respect and never to settle for less.

Best of all he gave me a sister that became my life. So not only did he complete my family by becoming my father, but he and my mother created my best friend my sister Meaghan. My sister has benefited from his total time and commitment to her in ways too numerous to list. While currently living apart from my mother, he provides love and nourishment for all of his children particularly my brother Robert and me. My father, Robert and I reside together and Meaghan stays with us on the weekends.

My father has acknowledged his wrong doings criminally. Nobody in this world is perfect and everyone makes mistakes. No matter how big the mistakes he has made he has owned up to them, demonstrated remorse, and has asked for forgiveness.

More importantly he has taken steps to completely change his life in the past three years consistently and whole heartedly. He has changed his once upon a time life style, to a regular working class citizen.

He built up his life so high to watch it fall. He was completely knocked down. He put his pride and ego aside to face the world head on and rebuild his life back up to the absolute best of his ability. There's only so much he can do in his power to try to make

the situation better, and he is doing his utmost best to fulfill the seemingly impossible task. He really lives for his family. And it takes extreme courage to do such things.

Your Honor, I know my father stands before you facing very serious charges and very serious jail time. I can only ask you with all my heart and all of my love as his daughter to please be merciful and compassionate on whatever jail sentence is bestowed upon him. Please know that the love I have for him is beyond anything I could put into words. He is my father and that my hero. Your Honor, my father is so important to us that I ask you to be merciful and that we have him with us as a family together again. I thank you for you time and consideration.

Respectfully Yours,

Cassie McLaughlin

Exhibit 26

Hon. Richard Sullivan
United States Court Hose Southern District
500 Pearl St.
New York, NY 10007

Dear Judge Sullivan,

I write to you in regards to my husband Brian McLaughlin. As a result of existing problems in our marriage and the high profile focus on aspects of our marriage by the media we lived apart since March 2008.

Brian has openly admitted criminal activity and has shown deep remorse for the pain that he has caused others. But more importantly it is clear he is not the same person that was driven by blind ambition that led to many of these problems. First he has not drank alcohol for over three years and behaviorally is a much more balanced man, father and worker.

Brian is an incredible and loving father. Once a seven day a week suit and tie workaholic who popped in and our of the family he today is a seven day a week devoted father with a relationship with each of his children and an incredible bond exists between him and our youngest Meaghan who is with him Fridays through Monday mornings.

Brian participates in homework, school activities, dance, soccer, church and the all around welfare of Meaghan who is today nine.

Lastly Brian was driven by ambition and power for over 30 years in the labor and political circles. For over three years he is no longer anything like that.

He has provided for our family and the children by working hard as an electrician, taxi driver and instructor, and as a hard working sand hog in the Bronx. While working hard he today without that driving ambition has put the children, his sobriety, the sobriety of others and God first in his life.

I hope these positive changes in his life bring about compassion in his sentencing and give a confidence of what kind of contributor he will continue to make for his family and the community without the strain of all he has endured the past three years.

Thank you for consideration of my letter.

Sincerely Respectfully Submitted,

Eva McLaughlin

# Exhibit 27

Kelly McLaughlin

Flushing, NY 11365
April 29, 2009

Hon. Richard Sullivan
United States Courthouse, Southern District
500 Pearl Street
New York, NY 10007

Hon. Richard Sullivan:

I am writing to express my thoughts and feelings regarding my father, Brian McLaughlin.
I understand that your decision on his future will be made based on the law; however, I
am asking that you take some additional factors into consideration.

I have always admired my father due to his strong work ethic, determination, and desire
to serve his community. While this oftentimes meant sacrificing having my father around
for various activities as a child, he was always there when it mattered most. My dad has
and always will be my hero. I know I would not be where I am today without my father.
He taught me the importance of education, working hard in all areas of life, and
volunteering to help others. At a very young age, I remember participating in
neighborhood Spring clean-up days. While my dad took care of the more difficult jobs, I
would gather garbage or pull weeds from the grass. I can also remember people stopping
my dad wherever we went to talk to him. No matter what was going on, he was always
willing to listen to the concerns of a community member.

As I got older and my father achieved higher status both politically and within the labor
movement, his ambition and desire to move higher up the ladder took priority over other
areas of his life. I can remember talking to my father on the cell phone knowing he was
doing ten other things at once. I would hear him on the phone, but knew he was not
really listening. It was very challenging to gain his undivided attention. Work was
always his priority.

While we are not a traditional family, we have all grown much closer over the past three
years. My brothers and sisters have all become a support system for one another and
have learned the true meaning of family. While we all regret the situation my father has
put himself and our family in, we have also learned the power of forgiveness. I have
watched my father transform these past few years. We now speak to one another daily
and spend quality time together often. Whereas it was difficult to slow him down in the
past, he is now always available for me and my siblings whenever we need him. He is
great at giving me advice and I know I can always talk to him about anything no matter
what. While he was a talker in the past, he is now a great listener. I know I can talk to
my dad about anything from sports to work to personal issues. We have enjoyed the
opportunity to go to the beach together, picnic in the park, or simply watch a movie

Hon. Richard Sullivan
April 29, 2009
Page 2

together.  These things may seem small to an outsider.  However, they have meant a great deal to me and have helped strengthen the relationship between me and my dad.

The one person who has benefited most from having him around more these past few years has been my youngest sister Meaghan, who is only 9 years old.  It is almost as if my father has been given a second chance to make the best of being a full time father and has taken advantage of every minute of it.

Although everyone has to deal with the consequences of their actions, I know my father has already paid a price for his.  By reflecting on his past with the help of his family, counseling, and religion my father has become a new man.  He has taken many steps to make positive life changes.

Thank you for taking the time to read this letter.

Sincerely,

Kelly McLaughlin

# Exhibit 28

Hon. Richard Sullivan
United States Court House Southern District
500 Pearl St.
New York, NY 10007

Dear Judge Sullivan,

     I write this letter as a character reference on behalf of my father Brian McLaughlin who will be before you on May 14th 2009 for sentencing. My main objective is to clearly allow you to see the person he has been to myself and my family. I have a blessed relationship with my dad a relationship ever father and son only dream of. I write this whole heartedly and truthfully. Mr. Sullivan as we all know my father has done some horrific things and has already admitted his wrong doings to the court. To some people they seem unforgivable but I know how deeply sorry he truly is for doing what he has done. Prior to the FBI coming to our door in March 2006 my father was already on a path of making right his wrongs to his family. In December of 2005 my father started to go to Alcoholics Anonymous and decided to give up his job as a NYS Assemblyman. He knew it was time for change and he was on a road of recovery, family and God. I have had the honor of sharing these experiences with him. I also attended AA and church with my father all the time. My father never turned to drink in all of this when everything first happened and he lost his job as President of the NYC Central Labor Council he humbled and swallowed his pride and ego and went back to work as a local 3 electrician. My father also drove a yellow cab, limo, and he started to work as a sandhog after he retired from local 3.

     You see your honor not every man who has had great jobs in politics and in the union world could do this. It takes someone with a strong walk with God and someone who knows what he has to do in order to provide whatever he possibly can for his family to do this. My father has a special relationship with all his children. The one relationship to watch that just makes me smile and be joyful is the one he has with the youngest Meaghan who is only 9. Every weekend she stays with us me and Cassie and they are always on the go. He takes her to church every week, soccer, ice skating, does HW and projects and the list goes on. He truly has been an amazing father has showed in the past 3 years the real person he is. I know he has cooperated to the fullest extent and has been an outstanding citizen and father. I know this is your job and his fate lies in your hands I just hope and pray to God everyday that you see who he really is now and the importance of this being a fair punishment because life just isn't going to be the same with out him here. Your Honor I just want to say that I know my father has so much to offer people in AA and I know he is helping people in the rooms as often as he possibly can. I just want to say thank you for reading this letter and I hope you understand the importance to me, family, and friends of the fairest possible sentencing. God Bless You.

                                Respectfully,

                                Robert McLaughlin

Exhibit 29

Hon. Richard Sullivan
United States Courthouse
Southern District
500 Pearl Street
New York, N.Y. 10007

Honorable Richard Sullivan,

I am writing this letter in hopes that you may show leniency when sentencing my brother, Brian McLaughlin. Many people would suspect that this letter is written out of blind loyalty to my brother, no more no less. True I am a loyal brother, however I prefer to let the facts speak for themselves. Quite often when one is caught doing wrong they profess how sorry they are and that they will change. For those insincere the change is short lived. Brian's metamorphosis started shortly after his indictment, and still continues to this day. Brian has let his actions speak for themselves.

First Brian had to own up to his crime and immoral behavior, not just to the courts, but to himself. After deep soul searching he began by renewing his relationships with his children. He has forged a stronger bond with his children, especially his youngest, Meaghan. Instead of folding up, he stepped up. He worked jobs as a cab driver, a cab driver instructor, limo driver and a sand hog to support his family.

Next Brian worked on his spiritual side, renewing his christian faith, attending services and retreats. He has been alcohol free for several years. Life is now lived from a christian perspective.

I have witnessed what many would consider an insignificant change. Brian is now on time, prompt. In the past Brian thought he was so important, he would have people, friends, family, etc. show up early with no intentions of being on time. He would rather others wait. His

time was more important than others. Now he is on time if not early, putting others first instead of himself. Small? Maybe, but I think this demonstrates change.

Brian has been very cooperative with the Justice Dept. He has helped in providing information on other cases, at potential risk to himself.

I now see a man who has changed because he wanted to. He has maintained this new improved way of life since his ordeal began. Despite his conviction, in many ways he seems happier. Brian has lost everthing, house, money, stature in the business world as well as in his community. He has paid a price. There is no chance of Brian being a recidivist, he poses no threat to society and has much to offer.

Please take into consideration the age of our mother, she is eighty and has several health problems. As I live in Maryland, Brian is a help to our mother.

Finally, I respectfully ask and hope that you will show leniency for a man who has paid a price, changed his life, and has cooperated and helped the Justice Department. Thank you for time and consideration.

Sincerely,

Stephen M. McLaughlin

# Exhibit 30

Gaetano T. Mezzasalma

Seaford, NY 11783

April 27, 2009

To: Hon. Richard Sullivan
    Unites States Courthouse
    Southern District

Dear Judge Sullivan,

I've know Brian Mclaughlin for over 20 years. I remember when he was first running for democratic district leader. I remember walking with him throughout his neighborhood, introducing himself to as many constituants that he physically was able to do, each and everyday till Election Day His perseverance and hard work paid off. He became democratic district leader. Hence the beginning of his political career.

He's a workaholic. 18 hr days were norm. Between his Union and political responsibilities left him very little time for anything else. He made himself available to anyone in need being, that is a brother or sister in the local It didn't have to be Local 3 members but any member of a union.

What happened to Brian was unfortunate. I haven t seen him for quite some time. I know in my heart he has remorse for what he did. This is not his character. He is a hard working honest man. He went down the wrong path, and now is paying for it. Everything he worked so hard for and meant a great deal to he lost I believe throwing away the key is not the answer for this man. If anyone deserves a second chance it would be Brian.

He has been a great friend to me. In my heart I hope when this is all said and done we could be great friends again I miss his friendship.

Sincerely,



Exhibit 31



**DIOCESE OF ROCKVILLE CENTRE**

**OFFICE FOR CLERGY PERSONNEL**

50 North Park Avenue
Post Office Box 9023
Rockville Centre, New York 11571-9023

April 24, 2009

Honorable Richard Sullivan
United States Courthouse: 7th District
New York, NY

Dear Judge Sullivan:

I am writing this letter on behalf of **Brian McLaughlin**. I have known Mr. McLaughlin for almost six (6) years, largely in my capacity as the former pastor of his parish. I have also maintained contact with him since I was reassigned in June 2008. In fact, I have had quite a bit of contact with Mr. McLaughlin during these years over breakfast, lunch and various conversations in my office.

In my conversations and encounters with Mr. McLaughlin, he is someone who is committed to growing spiritually. He is most faithful in worshipping both on Sunday and even daily Mass. I know that he has also read various books on spirituality as well. I also know that Mr. McLaughlin went on a special weekend retreat called a Cursillo which is a powerful retreat experience. In my judgment, Mr. McLaughlin has undergone a great conversion over the past few years. I have found him to be a devoted father and family man.

I do not want to mitigate the seriousness of Mr. McLaughlin actions. However, I also believe that Mr. McLaughlin can be a great asset to the community and certainly to his family and, in particular, to his youngest daughter, Meaghan.

Thank you for your kind consideration in this matter.

Sincerely,

*Msgr. Brian J. McNamara*

Msgr. Brian J. McNamara
Vicar for Clergy Personnel

Exhibit 32

April 24, 2009

The Honorable Richard J Sullivan
U.S. Court House
500 Pearl Street
New York, New York  10007

RE: Brian McLaughlin

Dear Judge Sullivan,

I have known Brian McLaughlin for thirty-five years.  We are both former pension directors for the Joint Industry Board of the Electrical Industry.

When Mr McLaughlin first became the pension director, he and I would meet a few times a year for breakfast.  Since I was the first pension director, I would meet with Mr McLaughlin in hopes of helping him with pension questions in any way I could.

In every contact I have ever had with Mr McLaughlin, he was always very concerned with the health and welfare of all members of his union.  He pioneered the development of geographical retiree associations in New York, New Jersey, and Florida.  In the course of my contact with Mr McLaughlin, he has done many great things for the working man.

Whatever caused Mr McLaughlin to make the mistakes he made, this behavior is at complete odds with the man I knew for so many years.  I can only hope that the tremendous good that he has done will not be lost in the shadow of his recent missteps.

Respectfully submitted,

*John E. O'Connor*

JOHN E. O'CONNOR
Little Silver, New Jersey  07739

# Exhibit 33





**FRANK PADAVAN**

SENATOR, 11TH DISTRICT
ASSISTANT MINORITY LEADER
FOR CONFERENCE OPERATIONS

PLEASE RESPOND TO

SENATE OFFICE:
☐ ROOM 414
STATE CAPITOL
ALBANY, NY 12247
TEL: (518) 455-3381
FAX: (518) 455-2008

DISTRICT OFFICE:
☐ 89-39 GETTYSBURG STREET
BELLEROSE, NY 11426
TEL: (718) 343-0255
FAX: (718) 343-0354

E-MAIL ADDRESS:
PADAVAN@SENATE.STATE.NY.US

WEB PAGE:
HTTP://WWW.NYSSENATE11.COM

April 22, 2009

Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Sullivan:

While I have no direct knowledge of the legal matters involving Brian McLaughlin, I have known Brian for over 2 decades. I worked closely with him in advancing important legislation in the Senate and Assembly.

In addition, I have know Brian to be a dedicated community servant an active member of his parish and a loving father.

Cordially,

Frank Padavan

Exhibit 34

③

Dennis R. Parodi

Old Brockville, NY 11545

Dear Honorable Richard Sullivan,

My name is Dennis Parodi. I am the Executive Vice President / COO for American Eagle Outfitters. My company is listed on the NY Stock Exchange doing in excess of three billion dollars.

I have been friends with Brian McLaughlin for the past 18 years. He has always treated me and my family well; a fun person to be with; and someone I referred to as my friend. Whether a business matter or personal problem, he would always make the time to listen and lend a helping hand. I have always enjoyed his company. Nonetheless, poor judgment can happen to even very good people. Brian is a good person.

Thank you for your time,

Sincerely,

Dennis R Parodi

Exhibit 35

②

June Parodi

4/25/09

Tap • Jazz • Ballet • Exercise

School of Dance

Dear Hon. Richard Sullivan,

My name is June Parodi, and I own the above business for 25 yrs.. I am very involved in community affairs and work on many fund raisers for scholarships for various schools. I have been friends with Brian Mc Laughlin since the early 90's. In 1993, I stood up for Brian and Eva at their wedding. Brian is a good friend and in my eyes a very good person. I have witnessed Brian doing many helpful things for people including for my own family! I have been to many functions, where Brian has spoken to communities to help them to work together as a team. I will always stand by my friend because I do believe, he is a good man.

Sincerely, June Parodi

Exhibit 36

Re: Bryan McLoughlin

ATT: Amory Donelly
Hon. Justice Richard Sullivan
U.S. Court Southern District

I am writing on behalf of Bryan McLoughlin who I knew when he was the Dem. NYS Assemblyman for the 25th AD. In Queens, New York.

Mr. McLoughlin served as a caring and active member of our community. His office was readily available to his constituents. And when he wasn't in Albany with the Legislature he too was available to his constituents.

I knew him as a neighbor, father and husband and it was a privilege to be acquainted with him.

My impression and experience with him was that he was an honorable and decent human being.

Thank you for you attention,
Sheila Peralta

Flushing, NY 11358

Exhibit 37

Honorable Richard Sullivan
United States Court House
Southern District


April 25, 2009


Dear Judge Sullivan:


It would not serve anyone well to give Brian McLaughlin a lengthy prison sentence. Mr. McLaughlin has a lot to offer and I believe he could serve others and the community in general in many capacities.

My son recently had an incident and I sought the advice of Mr. McLaughlin. A year ago, my son, as a senior at Fordham University's Rosehill campus, was violently attacked and stabbed by one of his roommates causing serious injury. The horrific situation was further complicated by Fordham's lack of compassion, their unwillingness to get involved since it took place in an off campus apartment and their reluctance to take any action to protect our son and other students. Mr. McLaughlin, as a parent himself, was completely empathetic with our situation, showed true compassion and understanding, and offered us a viable solution to a very distressful situation. Mr. McLaughlin was able to offer us advice where we received an order of protection for our son, the attacker was arrested, and the felony charges would be reduced to a misdemeanor if the young man completed a drug and alcohol rehabilitation program. Mr. McLaughlin was extremely helpful to us and I believe if he is given the opportunity, would continue to do service.

Thank you for your consideration.

Sincerely,

Eileen C. Piazza

Flushing, NY 11358

Exhibit 38

# Donald P. Pirone Jr.

Flushing, NY 11354

April 25, 2009

Dear Judge Richard Sullivan,

In regards to Brian McLaughlin; former NYS Assemblyman and former President of Local 3 labor Union.

I first met Brian in the summer 1995, when I was about 10 years old in a local shopping center with my mother in Flushing, Queens where Brian was campaigning for the NYS Assembly. Brian introduced himself to my mother as our new neighbor! Polite, sincere and genuine to his word, he invited me to meet his children that were very close to my age and had recently moved around the block to 156th Street. His son Robert and daughter Cassie would also be attending St. Andrew Avellino that following fall.

Everyone knew Mr. McLaughlin as somewhat of a small town celebrity, his role as a NYS politician made him different from all the other fathers. He was powerful, and had the ability to make our neighborhood better. He was different in the sense that even as teenagers, he respected and admired our sense of direction in the community. He didn't look at us as young or insignificant with little to bring to the table. He always taught us that it would be up to us to make things better for the future. He never doubted or neglected our thoughts or ideas, he made the impossible seem possible, and without him things would be much different in Flushing, Queens.

Brian fought to have a water filtration installed in our neighborhood park, Bowne Park. There was a consistency of algae and contamination that was eroding our ponds animal life, and the surroundings which then caused the parks wild and plant life to deteriorate for decades. After years of persistence and hard work, he was rewarded the ability to fix the ponds filtration system by the city. This has made the park clean, safe and more beautiful then ever that I, to this day still take walks and sit in the park regularly. This is one of many good things Brian was able to accomplish in Flushing, Queens.

Brian never stopped juggling his time with work, his family, and his district. He was at every dance competition, every award dinner, and never missed a beat when it came to Meaghan, his youngest who was born in October 1999.

When Brian was indicted in 2006, his mistakes and crimes became public, many people, including myself doubted the accusations alleged. As a very close friend to the family, I was nothing but optimistic that justice would show his innocence.

In the midst of resigning from public office and the labor union, Brian worked 18 hour days to provide for his family and make sure that no matter what the outcome, his family would be supported. Brian went from being the president to being a laborer. His picture was in the newspapers regularly and amidst all the negative press, Brian McLaughlin stood up to the media. Like me, many others knew who Brian really was and where he stood with our community. He reconciled his sins and has for the last few years devoted himself to raising his youngest daughter Meaghan and being a father to his four other children whom are all adults.

These last few years I've personally grown to know Brian as someone who will acknowledge the mistakes that he's made. He's a different person than he was years ago. Brian is like family, and no matter what, human beings will never be perfect.

Having Brian as our leader was truly a gift to the neighborhood, and never in a millions years would I have thought that I'd be writing this letter. However, having Brian as a friend today, who is now truthful to himself and others means much more in life.

I ask that you please take into consideration Brian McLaughlin's positive attributes he's offered rather his mistakes and crimes. I ask that you consider this when determining his punishment.


Thank you for your time and consideration.


Sincere Regards,

Donald P. Pirone Jr.

Exhibit 39

**DONALD & MARTHA PIRONE**

**Flushing, NY 11354**

April 26, 2009

Dear Judge Sullivan,

I am writing on behalf of Brian McLaughlin, former NYS Assemblyman and former President of Local 3 Labor Union.

Mr. McLaughlin has been a friend and neighbor of ours for over fifteen years. He is a dedicated and devoted family man upon whom his children, particularly his youngest daughter, Megan, relies upon for support and love.

During these difficult times, Mr. McLaughlin has shown a great deal of humility and remorse. He has looked within himself; he has worked at all kinds of odd jobs in order to do the right thing, provide for his family and hold them together. His political ambitions have morphed into a personal mission to be a pillar of support for those close to him and a help to others. He has succeeded, and has demonstrated a remarkable resilience.

It is often said that through failure and mistakes we can learn and become better and stronger. I think Brian McLaughlin is a prime example of this. In conjunction with his personal values and integrity, Brian's talents include his ability to help others and  a willingness to fight for change when necessary. His skills as a leader make him a valued family member and contributor to society.

Throughout these fifteen years, I have been a girl scout leader in the Broadway Flushing community and have often had the strong support of Brian McLaughlin at many events - Christmas Caroling and Tree Lighting in Bowne Park along with Silver & Gold Award Ceremonies for many girls. He seemed to instill in many young people the importance of making a difference in our community and recognized the many contributions these scouts make to our society.

In closing, we hope that you can take some of his abovementioned attributes into consideration when determining his punishment.

Sincerely,

Donald Pirone
Martha Pirone

Exhibit 40

April 26, 2009


Honorable Richard Sullivan
United States Courthouse
Southern District
New York, NY

Dear Judge Sullivan,

My name is April Planken. I had the pleasure of working for Brian McLauglin from 1999 to 2007 in his capacity as Assembly Member. During my employment with Brain, I knew him to be a giving, caring individual. He always showed a desire to help others. So much so that it may have been to a fault. Perhaps this is part of the reason he is before you at this time in his life.

Since Brian's indictment, I have seen him grow and change. Actually, I stared noticing a change shortly before his indictment. Over the years, Brian has shown contriteness for his actions. He has also suffered many losses financially and personally. Although he continues to want to help others, he no longer does it from a place of no boundaries. Through numerous conversations with Brian I can hear that he has learned to check his motives and have consequential thinking even in his desire to be of help to others. I know this because I hear him ask questions to things he man not understand where as at one point he thought he had to have the answers to the questions asked of him.

I truly feel and believe that Brian is on a road that has taught him how to better himself as a human being and I believe he will continue on this road of learning and growth as it has bumbled him with gratitude. Therefore, your honor, I ask you for compassion and leniency during sentencing

I thank you your Honor for the opportunity to speak for Brian McLaughlin.



Respectfully,

April Planken

Exhibit 41

Fresh Meadows, N.Y. 11365

April 26, 2009

Honorable Richard Sullivan
U.S. Courthouse 7th District

Dear Judge Sullivan:

My name is Evelyn Riccobono, and I am writing in behalf of Brian McLoughlin whom I have personally known for the past eight years.  Since my husband passed away in 2003, I had the responsibility of raising my two sons alone.  Brian was always there for me in helping my younger son deal with drug issues.  He was such a good role model for my son, always advising and counseling him on the dangers of drug abuse.  Not only did he assist in these matters, but he also guided him in the direction of getting himself established in life.  He has always been concerned for my family's welfare, and offered to assist in any way he could.  His helpful tips on parenting paid off, and my son is now completely drug-free and has a steady job.

Brian has also been attending Mass at the same church with us and his faithful attendance is also noteworthy and earns our respect.  Brian has great attributes and is always optimistic no matter what the circumstances portray.  He is a wonderful and loving father to his five children, and I know it must be devastating to his family to have to deal with his present legal situation.  I've been listening to the news reports about Brian's case and reading about it in the local newspapers.  I understand that he has pled guilty to the charges, but I also would like to ask you to show some leniency and mercy in his case, because although he had made mistakes in life, he is still an honorable gentleman.

Sincerely,

*Evelyn Riccobono*

Evelyn Riccobono

Exhibit 42

# Rudin Management Company, Inc.

345 PARK AVENUE, NEW YORK, N.Y. 10154-0101

JACK RUDIN
CHAIRMAN
TEL (212) 407-2416
FAX (212) 407-2450

28 April 2009

Honorable Richard Sullivan
United States Courthouse: 7th District
New York, New York

Dear Judge Sullivan:

I am writing this letter on behalf of Brian McLaughlin, former New York State Assemblyman and former President of Local 3 Labor Union. I have known Mr. McLaughlin for over 15 years in my capacity as Chairman of Rudin Management Company and in his position with the Central Labor Council.

I have known Brian to be a devoted family man during all these years and have been with him and his family at various social functions in New York City.

In the past couple of years, Brian and I have visited on many occasions and he has expressed his regrets and desires to take full responsibility for what he has done. On a daily basis he strives to live a better, more selfless life.

In closing, I hope that you will take in consideration, Brian's change in character.

Very truly yours,

JR:lb

Exhibit 43

Jenna Sisti

Hollis Hills, NY 11427

The Honorable Judge Richard Sullivan & the United States Court House Southern
District,

   Dear Judge Sullivan;

I am pleased to be able to write this letter in regards to Mr. Brian McLaughlin. My name
is Jenna Sisti and I have been a close family friend to the McLaughlin's for practically my
whole life. I would like to express my thoughts and opinions on Mr. McLaughlin, and
throw light upon the wonderful man that he is. Brian has always been a take-charge
person, working hard and diligently to provide for his family. He is naturally pleasant,
tackling all assignments with dedication and a smile. As well as being a joy to be around,
he has been so generous and kind hearted to me over the years of knowing him. He is one
of the most educated people I know. I truly love and consider both Brian and his entire
family as *my own* family.

   For all the years that I have known Mr. McLaughlin, he has maintained a healthy,
persevering life. He has given his all to his family and community, trying his best to do
the right thing. I am fully aware of the mistakes he has made and I understand that the
law provides penalties for such offenses. I am not trying to minimize the wrongdoings on
behalf of Brian; I am however, a firm believer in redemption. I feel as though we all
make mistakes, and deserve a second chance at life. I know that Brian entirely regrets any
bad decision he may have made in his past. I would like to ask you to please take into
account the many lives that will be touched and affected by your decision. Most
importantly are his children, who really need his strength and support. I could only hope
and pray for your leniency, and ask for your decision to be merciful. Only you have the
ability to give Mr. Brian McLaughlin his second chance.

Sincerely,

Jenna Sisti
Jenna Sisti

Exhibit 44

Nicole Tejada

Hollis Hills, NY 11427

The Honorable Richard Sullivan &

The United States Court House Southern District

Dear Judge Richard Sullivan;

 My name is Nicole Tejada and I have known Brian McLaughlin for about ten

years. Mr. McLaughlin has been a wonderful and devoted father. He has shown

me·compassion in difficult times in my life. He is a generous man who gives from

his heart. I am fully aware of what he has done. But I believe that people make

mistakes and should be granted the chance of recovery and  improvement. I fully

and whole heartedly believe that Mr. McLaughlin can and will again be a positive,

contributing member of our society. Please take this into consideration.

Sincerely,

Nicole Tejada

Exhibit 45

# Enterprise Association of Steamfitters Local Union 638 U.A.
### OF
STEAM, HOT WATER, HYDRAULIC, SPRINKLER, PNEUMATIC TUBE, COMPRESSED AIR, ICE MACHINE, AIR CONDITIONING
AND GENERAL PIPE FITTERS OF NEW YORK AND LONG ISLAND, A.F.L.-C.I.O.

## STEAMFITTERS LOCAL UNION 638 OF THE UNITED ASSOCIATION

*John J. Torpey*
President
32-32 48th Avenue
Long Island City, NY 11101

April 27, 2009

| | | |
|---|---|---|
| Phones: Office | (718) 392-3420 |
| Finances: | (718) 392-4074 |
| FAX: | (718) 784-7285 |

Honorable Richard Sullivan
U.S. Court House
Southern District
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan,

I have known Mr. Brian McLaughlin for about twenty years, predominately through the labor movement. As a member of the New York City Central Labor Council I worked with Brian while he was President of that group.

Brian and Denis Hughes were immersed at ground zero after the September 11th attacks working with federal, state and local authorities to legislate and allocate the necessary support to the devastated families and victims.

The New York City Central Labor Council raised one million dollars for the 647 union members and families affected by the attack, under Brian McLaughlin's leadership.

On various occasions over the years I had conversed with Brian about alcohol addiction and twelve step programs.

For years I saw Brian step up to assist groups of people who were less fortunate and to organize events to help the needy. He also took a keen interest in individuals who asked for guidance. So often Brian did good things for other people.

It's unfortunate in society that the good that a person has done is usually forgotten, when that person makes a bad choice.

Brian is basically a good man who plead guilty for the wrong choices. I hope that the justice system takes into account his years as a good labor leader, fundraiser for the needy and community activist.

Sincerely,

*John J. Torpey*

JOHN J. TORPEY
President

JJT:mm

Exhibit 46

April 27, 2009

Dear Honorable Richard Sullivan,

I' am writing to you on behalf of Mr. Brian McLaughlin, who is coming before you for sentencing. I have known Mr. McLaughlin for 15+ years, both as a friend and an administrator. I have been the treasurer of the St. Andrew Avellino Athletic Association for over twenty years. During this time period we have always received the funding from Mr. McLaughlin's office that we were suppose to receive. He has also helped raise funds for our programs, and lent his support in whatever way possible to help the youth of our community. I have also seen Brian spending countless hours supporting issues that involve our community.

I understand what Mr. McLaughlin did was wrong. I feel that he is a very good person who got caught up in a situation that composed his judgment.  I am writing this letter to request that you issue a lenient sentence to a good person who made bad decisions that affected others.  In speaking to Mr. McLaughlin since his whole situation came to light, he has express a great deal of remorse and sorrow for the hurt he has caused his family, community and all of his supporters.

Again, please consider all the good Mr. McLaughlin has done, he has positively affected many people in our community.

Sincerely,

Kevin White

Exhibit 47

APRIL 27, 2009

HONORARY RICHARD SULLIVAN

(U.S. COURTHOUSE SOUTHERN DISTRICT)

DEAR JUDGE RICHARD SULLIVAN:

I AM WRITING YOU THIS LETTER FOR MY FRIEND WHO I HAVE
KNOWN FOR OVER 40 YEARS,  I HAVE PLAYED SPORTS WITH HIM
DURING OUR SCHOOL YEARS.  WE WENT TO HIGH SCHOOL TOGETHER
AND WE ALSO GRADUATED TOGETHER.

OVER THE PAST 40 YEARS, WE SHARED FAMILY FUNCTIONS TOGETHER
INCLUDING WEDDINGS, COMMUNIONS, BAPTISMS, CAMPING TRIPS AND
FAMILY BARBEQUES.

HE IS A GOOD FATHER WHO LOVES HIS FAMILY VERY MUCH.  I WANT
TO TELL YOU BRIAN HAS MORE GOOD THAN BAD IN HIM.  I AM HERE TO
SUPPORT HIM AS WELL AS HIS FAMILY.

I HOPE THIS LETTER HELPS YOU IN CONSIDERATION OF YOUR DECISION.

THANK YOU FOR LETTING ME WRITE YOU TO SUPPORT BRIAN AND HIS
FAMILY.  HE IS TRULY A GOOD MAN.

THANK YOU

THOMAS  N. ZAHN

## CERTIFICATE OF SERVICE

I certify that on May 5, 2009, Appendix to Sentencing Memorandum on Behalf of Brian M. McLaughlin, dated May 5, 2009, were served by hand upon Kisha Singleton, U.S. Probation Officer, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, and upon Daniel Braun, Esq., at U.S. Attorney's Office, One St. Andrew's Plaza, 8th Floor, New York, NY 10007.

Dated: New York, New York
　　　 May 5, 2009

　　　　　　　　　　　　　　　　Amory W. Donelly