USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09

Brigitte M. Schneider
Cert. Paralegal
7-11 149 Street
Whitestone, N.Y. 11357



MAY 18 2009

May 15, 2009

Hon. Federal Court
Judge Richard Sullivan
Manhattan Federal Court
500 Pearl St
New York, NY 10007

Cert. Mail RRR
# 7009 0820 0000
4894 0395

06CR965(RJS)

Re: McLaughlin Sentencing
my letter of May 7, 2009
Exhibit C Con Ed letter

Your Honor:
Enclosed I forward a copy of May 15 letter fr PSC falsely alleging I initiated contact in any way with the Commission — falsely alleging case # 914362
I do not intend in any way to proceed via PSC re: Con Ed att. & Padovan's intervention thereof.
I understand the case — sentencing was postponed on May 14, 2009. I am hereby willing to be subpoenaed at the discretion of the Honorable Court at any time. re: the above referenced case.
Respectfully submitted
Brigitte Schneider

*Brigitte M. Schneider*
*Cert. Paralegal*
*7-11 149 Street*
*Whitestone, N.Y. 11357*

May 15, 2009

State of New York
Dept. of Public Service
Public Service Commission
Gary A. Brown
Chairman
3 Empire State Plaza
Albany NY 12223-1350

Cert Mail RRR
# 7008 1300 0001
2482 8202

Re: alleged case # 914 362
Con Ed

Dear Chairman Brown:

Enclosed I forward a copy of May 15, 2009 falsely alleging I had contact with your Commission. I do not intend to have any contact with your Commission and do not acknowledge any knowledge of any case recently re: alleged case # 914362, now or in the future.

I expect your "record" to be corrected, I have no intention to file a case re ConEd with your Commission.

Brigitte Schneider

enclosure _____ copy Judge Sullivan
                           Federal Ct.

# STATE OF NEW YORK DEPARTMENT OF PUBLIC SERVICE

**PUBLIC SERVICE COMMISSION**      Internet Address: http://www.dps.state.ny.us      **OFFICE LOCATIONS**
                                                                                        3 EMPIRE STATE PLAZA,
**GARRY A. BROWN**                                                                      ALBANY, NY 12223-1350
*Chairman*
PATRICIA L. ACAMPORA                                                                    90 CHURCH STREET
MAUREEN F. HARRIS                                                                       4TH FLOOR
ROBERT E. CURRY JR.                                                                     NEW YORK, NY 10007-2919
JAMES L. LAROCCA
*Commissioners*                                                                         295 MAIN STREET
                                                                                        SUITE 1050
PETER McGOWAN, *General Counsel*                                                        BUFFALO, NY 14203-2508
JACLYN A. BRILLING, *Secretary*



May 15, 2009

Ms. Brigitte M. Schneider
7-11 149th Street
Flushing, NY 11357-1640

Dear Ms. Schneider:

Your case number is: 914362

*[handwritten annotation: "This letter is a total fabrication  BMS"]*

   This letter acknowledges your recent contact with our Office of Consumer Services regarding your concern with Con Edison of New York and to advise you of the process by which this matter will be addressed.

   Since Con Edison of New York did not previously resolve this matter to your satisfaction, we **have escalated your concern to senior staff at the company.** We directed them to contact you and resolve the matter you brought to our attention. By the time you receive this letter, you should have spoken with a company representative to discuss your concerns and provide you with a resolution or a date by which the company expects to resolve your concern. **We have advised the company to reach a resolution with you as soon as possible.**

   If you have questions regarding the company's response to you, please contact the designated senior staff person at Con Edison of New York. If the company has not contacted you with its initial acknowledgement, does not resolve your concern within two weeks or by the date it promised a resolution, or if you are dissatisfied with the company's response, you should contact us at 1-800-342-3377 for a complete investigation of the matter. **If you report back to us that you are dissatisfied with the company's response, we will initiate an investigation and report our findings to you.**

   If you have any questions regarding this process, please contact our office at 1-800-342-3377 and refer to Case Number 914362.

Sincerely,

*Kelley Tuohy*
Office of Consumer Services

   **PLEASE NOTE: If you are not satisfied with the response you receive from Con Edison of New York, please contact us at 1-800-342-3377 for an investigation.**



COPY

PAC

**PADAVAN'S POLITICAL PAYBACK**

Marilyn Caselli
Senior Vice President
Customer Operations

March 26, 2009

rcd. April 4, 2009

Ms. Brigitte Schneider
7-11 149 Street, PD
Whitestone, NY 11357

Re: 23 3564 1238 0000 9

Dear Ms. Schneider:

Your letter addressed to our Chairman and Chief Executive Officer, Kevin Burke, has been referred to me as Senior Vice President of Customer Operations.

First, I wish to express my regrets for the frustration this matter has caused you. I would also like to apologize for the letter you received dated March 6, 2009 *addressing you by the incorrect name.* I understand how upsetting this must have been, and am truly sorry. I have been informed that Ms. L. Brown, of my staff, was unsuccessful in her attempts to contact you by telephone. However, I would like to take this opportunity to answer the concerns you raised in your letter.

It is my understanding that your high bill complaint stemmed from a problem on our end. We have corrected the problem, and would like to thank you for bringing this to our attention. Your account was re-billed and the corrected total amount due is $1224.59. This includes your reconciliation amount of $892.59, your new level billing installment for the month of March in the amount of $357.00 and your agreement installment of $25.00. Please allow me to, once again, apologize for the error on your bill, and for any frustration it may have caused. We are also crediting your account with $50.00 as reparation for the inconvenience this matter has caused.

If you have any questions, or if we can help you in any other way, please contact Ms. L. Brown, of my staff, at (212) 780-3673.

Sincerely,

Marilyn Caselli

Exhibit C
Copy to: U.S. AH. Sara Coyne - U.S. Fed. Judge Roanne Mann pending case against
Consolidated Edison Company of New York, Inc.

*Brigitte M. Schneider*
*Cert. Paralegal*
*7-11 149 Street*
*Whitestone, N.Y. 11357*

May 7, 2009

Hon. Federal Court
Judge Richard Sullivan
Manhattan Federal Court
500 Pearl St.
New York, NY 10007

Re: McLaughlin Sentencing
"Nice" Character Witness letter
from Padavan

Your Honor:

I am hereby respectfully submitting a copy of my letter to the Hon. State SC Justice Kevin Kerrigan (NY State Senate Race 11 District Feb 2009) Padavan v. Gennaro and a copy from Con Ed re: my acct / Padavan's Political Payback via Con Ed for your information and consideration.

page 1 of

*Brigitte M. Schneider*
*Cert. Paralegal*
*7-11 149 Street*
*Whitestone, N.Y. 11357*

It should be noted there is a federal case (US v. Con Ed) currently before Hon. Judge Roanne Mann in Brooklyn Federal Ct. Regarding Padavan's official Senate Minority Stationary letter asking for leniency for McLaughlin it begs the question .... "What does McLaughlin know about Padavan?"....

Upon the foregoing I urge the honorable Court to impose the full 10 years in prison upon McLaughlin for his crimes which might also help McLaughlin's re-collection regarding his "Pen Pal Padavan", for the benefit of the community.

Thank you, your Honor, for your time & attention to this serious matter.

Respectfully submitted,

Brigitte Schneider

page 2 of 2